UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MICHELE PAGE, | Case No. 2:16-cv-03007-JCM-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| SPRINT COMMUNICATIONS, | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to comply with the Court's Order (ECF No. 5), filed on June 8, 2018.

Plaintiff is proceeding in this action *pro se* and she submitted a complaint on December 28, 2016. *See Complaint* (ECF No. 1-1). The Court issued a screening order (ECF No. 5) granting Plaintiff's request to proceed *in forma pauperis* and screened the complaint pursuant to 28 U.S.C. § 1915(e). The undersigned found that Plaintiff's complaint failed to state a valid claim for relief and dismissed her complaint without prejudice. Plaintiff had until July 9, 2018 to file an amended complaint correcting the noted deficiencies. To date, Plaintiff has failed to file an amended complaint.

Plaintiff, however, filed a document with the Court on December 11, 2018 that appears to request a status of her case. Plaintiff is advised that litigation has not commenced due to her failure to file an amended complaint. The Court will grant Plaintiff another opportunity to file an amended complaint correcting the noted deficiencies in the screening order. Once Plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. Plaintiff is again advised that litigation will not commence upon the filing of an amended complaint. Rather, the Court will need to conduct an additional screening of

1

1  the amended complaint pursuant to 28 U.S.C. § 1915(e). If Plaintiff fails to file an amended complaint or fails to cure the deficiencies identified above, the Court will recommend that the complaint be dismissed with prejudice. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until **January 14, 2019** to file an amended complaint correcting the deficiencies noted in the Court's Screening Order (ECF No. 5).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail Plaintiff a copy of the Court's Screening Order (ECF No. 5).

Dated this 14th day of December, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE